IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(CORPUS CHRISTI DIVISION)

| | |
|---|---|
| In re<br><br>SHERWIN ALUMINA COMPANY, LLC, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-20012<br>(Jointly Administered) |
| CORPUS CHRISTI ALUMINA, LLC<br><br>Plaintiff,<br><br>v.<br><br>MANPOWER LLC,<br><br>Defendant. | Adv. No. 18-02046 |

**STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedures, made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedures, by and between Plaintiff Corpus Christi Alumina, LLC, and Defendant Manpower LLC, by and through their undersigned counsel, that this adversary proceeding is dismissed with prejudice and that all costs of court, expenses and attorneys' fees shall be paid by the party incurring same.

<table>
<tr><td>

Dated: March 1, 2019

JORDAN HOLZER & ORTIZ PC

*/s/ Nathaniel Peter Holzer*
Nathaniel Peter Holzer
Tx. State Bar No. 00793971
S.D. Tx. Adm. 21503
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-0341
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email: pholzer@jhwclaw.com

-and-

KATTEN MUCHIN ROSENMAN LLP

Steven J. Reisman (admitted *pro hac vice*)
Shaya Rochester (admitted *pro hac vice*)
Cindi M. Giglio (admitted *pro hac vice*)
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: sreisman@katten.com
srochester@katten.com
cgiglio@katten.com

*Counsel for Corpus Christi Alumina LLC*

</td><td>

Dated: March 1, 2019

KOHNER, MANN & KAILAS, S.C.

*/s/ Samuel C. Wisotzkey*
Samuel C. Wisotzkey
222 Delaware Avenue, 7th Floor
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI   53212-1059
Telephone: (414) 962-5110
Facsimile:  (414) 962-8725
Email: swisotzkey@kmksc.com

*Counsel for Defendant*

</td></tr>
</table>